UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-3-2021

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

- against -

TREVON BROWN, ET AL.,

        Defendants.

21-cv-4791 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Securities and Exchange Commission ("SEC") has submitted executed consents and proposed judgments for defendants Joshua Jeppesen, Ryan Maasen, Laura Mascola, and Michael Nobel. The submitted consents each state that the individual defendants have consented to the entry of the "Judgment in the form attached hereto," however no judgments were attached to the consents and the proposed judgments were filed separately on ECF. ECF Nos. 10, 12, 13, 14, 15.

The SEC is instructed to refile the consents with the respective proposed judgments attached.

Further, the SEC has requested permission to file the consent and proposed judgment for defendant Jeppesen under seal, because both the consent and proposed judgment identify a public blockchain address with significant assets. The Court authorizes the filing of an unredacted copy of the Jeppesen consent and proposed judgment under seal, with access restricted

to the selected party viewing level, to be accompanied with a redacted copy of the consent and proposed judgment on the public docket. The Clerk is directed to restrict access to ECF Nos. 10 and 12 to the selected party viewing level.

Finally, the SEC should also explain why each of the proposed judgments, including the penalty and disgorgement amounts provided therein, are "fair and reasonable" and that the "public interest would not be disserved" by the included injunctive relief. SEC v. Citigroup Glob. Markets, Inc., 752 F.3d 285, 294 (2d Cir. 2014).

SO ORDERED.

Dated: New York, New York
June 2, 2021

John G. Koeltl
United States District Judge