UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――――
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

    - against -

BROWN ET AL.,

                Defendants.
―――――――――――――――――――――――――――――――――

21-cv-4791(JGK)

ORDER

JOHN G. KOELTL, District Judge:

    As discussed at the August 12, 2021 conference, the pro se defendant Ryan Maasen may seek legal advice and assistance from the New York Legal Assistance Group (NYLAG) at (212) 659-6190. A flyer about contacting NYLAG is also attached to this Order.

    Chambers will mail a copy of this Order and its attachment to the pro se defendant Ryan Maasen at:

    Ryan Maasen
    10129 S Marion Ave
    Tulsa, OK 74137

    SO ORDERED.

Dated:    New York, New York
             August 13, 2021

                                            John G. Koeltl
                                      United States District Judge

# Notice For Pro Se Litigants

As a public health precaution, the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants has temporarily suspended all in-person client meetings as of Tuesday, March 17, 2020.

Limited scope legal assistance will continue to be provided, but only by appointment and only over the phone. During this time, we cannot assist walk-in visitors to the clinic.

If you need the assistance of the clinic, please call <u>212-659-6190</u> and leave a message, including your telephone number, and someone will get back to you as soon as possible. If you do not leave a message with your telephone number, we cannot call you back.

Please be patient because our responses to your messages may be delayed while we transition to phone appointments.





**NYLAG**
New York Legal Assistance Group