UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

              Plaintiff,

- against -

BROWN ET AL.,

              Defendants.

---

21-cv-4791 (JGK)

ORDER

Copy mailed to pro se party(ies) at docket address

JOHN G. KOELTL, District Judge:

    The copy of the Court's August 13, 2021 Order ("Order") that was mailed to the pro se defendant Ryan Maasen at 10129 S Marion Ave, Tulsa, OK 74137 was returned to sender. On September 8, 2021, Chambers mailed another copy of the Order to Maasen at the address where he was served:

    Ryan Maasen
    8607 E 98th Place
    Tulsa, OK 74133

    The Order apprised Maasen that he may seek legal advice and assistance from the New York Legal Assistance Group. Because Maasen has not yet received a copy of the Order, his time to respond to the complaint is extended to October 1, 2021.

    Chambers will also mail a copy of this Order to Maasen at the address where he was served.

    SO ORDERED.

Dated:    New York, New York
            September 10, 2021

                                              John G. Koeltl
                                    United States District Judge