UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

-against-

TREVON BROWN,
GRAIG GRANT,
JOSHUA JEPPESEN,
RYAN MAASEN, and
MICHEAL NOBLE,

    Defendants,

-and-

LAURA MASCOLA,

    Relief Defendant.

21 Civ. 04791 (JGK)

## ORDER

The Court, having reviewed the Government's Notice of Motion to Intervene and to Stay Civil Proceedings in the above-captioned case (the "Civil Case") submitted pursuant to Rule 24 of the Federal Rules of Civil Procedure, and the Government's Memorandum of Law in Support of its Motion to Intervene to Stay Civil Proceedings, *and there being no opposition,* HEREBY ORDERS THAT:

Pending resolution of the criminal matter captioned United States v. Glenn Arcaro, 21-CR-2542-TWR (S.D. Cal., Sept. 1, 2021), and ongoing criminal investigation, the Civil Case proceedings are stayed and the Securities and Exchange Commission, defendants Trevon Brown and Craig Grant, will not seek discovery in the Civil Case from one another or from third parties. IT IS SO ORDERED.

Dated: New York, New York
       12/15    , 2021

_____
THE HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT