```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | 21-cv-4791 (JGK) |
| Plaintiff, | <u>ORDER</u> |
| - against - | |
| TREVON BROWN, ET AL., | |
| Defendants. | |

**JOHN G. KOELTL, District Judge:**

On December 15, 2021, the Court granted the Government's motion to stay this action as to defendants Trevon Brown and Craig Grant (the "Stay Order," ECF No. 56). The Government now seeks a modification of the Stay Order to include defendant Michael Noble within the terms of the Stay Order. <u>See</u> ECF No. 57 (the "Motion").

Noble may file a response to the Government's Motion by March 1, 2022. The Government is directed to serve a copy of this Order, the Motion, and the Stay Order on Noble and to file proof of service.

SO ORDERED.

Dated:   New York, New York
         February 15, 2022

/s/ John G. Koeltl
John G. Koeltl
United States District Judge