```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SECURITIES AND EXCHANGE COMMISSION,       21-cv-4791 (JGK)

                Plaintiff,       ORDER

   - against -

TREVON BROWN, ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

    By February 28, 2022, the Securities and Exchange Commission should explain why efforts to serve Craig Grant are not inconsistent with the stay of these proceedings against Grant and others. See ECF No. 56.

SO ORDERED.

Dated:   New York, New York
          February 24, 2022

                                              John G. Koeltl
                                    United States District Judge