UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————

SECURITIES AND EXCHANGE COMMISSION,

                        Plaintiff,

       - against -

CRAIG GRANT, ET AL.,

                       Defendants.
————————————————————————————

21-cv-4791 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for June 30, 2022, is canceled.

SO ORDERED.

Dated:    New York, New York
          June 23, 2022

                                      John G. Koeltl
                            United States District Judge