UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,   21-cv-4791 (JGK)

        Plaintiff,   ORDER

  - against -

TREVON BROWN, ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

    The stay of this action, ECF No. 56, is extended to include the defendant Michael Noble. The Clerk is respectfully directed to close ECF No. 57.

**SO ORDERED.**

Dated:    New York, New York
           November 9, 2022

                                              John G. Koeltl
                                        United States District Judge