UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | 21-cv-4791 (JGK) |
| Plaintiff, | ORDER |
| - against - | |
| TREVON BROWN, ET AL., | |
| Defendants. | |

---

JOHN G. KOELTL, District Judge:

The parties are directed to provide a status update to the Court by **July 15, 2024**.

SO ORDERED.

Dated:   New York, New York
         July 8, 2024

_____
John G. Koeltl
United States District Judge