UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,
                        Plaintiff,

        -against-

TREVON BROWN,                                    21 Civ. 4791 (JGK)
CRAIG GRANT,
JOSHUA JEPPESEN,
RYAN MAASEN, and
MICHAEL NOBLE,
                        Defendants,

        -and-

LAURA MASCOLA,
                        Relief Defendant.

## NOTICE OF MOTION FOR AN ORDER MODIFYING THE STAY

**PLEASE TAKE NOTICE** that upon the Memorandum of Law dated July 18, 2024 of

Plaintiff Securities and Exchange Commission (the "Commission"), the Commission respectfully

moves for the entry of an order (1) modifying the stay of proceedings entered on December 15,

2021, extended by order dated November 9, 2022 (Dkt. Nos. 56 and 70), to limit the stay to

discovery proceedings, and, if such modification is granted, (2) setting a deadline of 30 days for

the Commission to provide a further status letter to the Court.

Dated: July 18, 2024
       New York, NY

APPLICATION GRANTED
SO ORDERED

_John G. Koeltl, U.S.D.J._

7/19/24

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION
By: /s/ Richard G. Primoff
        Richard G. Primoff
        Gwen Licardo
Attorneys for Plaintiff
New York Regional Office
100 Pearl Street

New York NY 10004
(212) 336-0148 (Primoff)
Email: primoffr@sec.gov