```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SECURITIES AND EXCHANGE COMMISSION,      21-cv-4791 (JGK)

         Plaintiff,          ORDER

- against -

CRAIG GRANT, ET AL.,

         Defendants.

JOHN G. KOELTL, District Judge:

The plaintiff is directed to provide the Court with paper courtesy copies of all papers filed in connection with: (1) the proposed order to show cause without emergency relief (ECF No. 87); and (2) the motion for monetary relief (ECF No. 93).

SO ORDERED.

Dated:      New York, New York
            September 17, 2024

                                         John G. Koeltl
                               United States District Judge