```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────

SECURITIES AND EXCHANGE COMMISSION,
                            Plaintiff,         21-cv-4791 (JGK)

            - against -                        ORDER

BROWN, ET AL.,
                            Defendants.
─────────────────────────────────

JOHN G. KOELTL, District Judge:

The Court issued an Order to Show Cause why a default Judgment should not be entered against Defendants Trevon Brown ("Brown") and Craig Grant. ECF No. 87.

Defendant Brown has objected to the entry of a judgment against him and the SEC consents to vacating the certificate of default against him. ECF No. 108. Therefore, the certificate of default against Brown is vacated. The SEC interprets Brown's letter as seeking a pre-motion conference in contemplation of making a motion to dismiss the complaint against him. Therefore, the Court will schedule a pre-motion conference for **Wednesday, November 13, 2024,** at **11:30 a.m.** to discuss Brown's proposed motion to dismiss the complaint against him.

Dial-in: 888-363-4749, with access code 8140049.

The Clerk is directed to mail a copy of this Order to pro se Defendant Brown and note mailing on the docket.

**SO ORDERED.**

Dated:    New York, New York
          November 6, 2024

                                    _____
                                         John G. Koeltl
                                    United States District Judge