```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SECURITIES AND EXCHANGE COMMISSION,
                 Plaintiff,        21-cv-4791 (JGK)

    - against -               ORDER

TREVON BROWN, ET AL.,
                Defendants.

JOHN G. KOELTL, District Judge:

    The parties should advise by **November 21, 2024,** whether they seek a hearing in connection with the Securities and Exchange Commission's fully briefed motion for disgorgement and civil penalties.

    The Clerk is directed to mail a copy of this Order to pro se defendant Michael Noble and to note mailing on the docket.

SO ORDERED.
Dated:   New York, New York
           November 7, 2024

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                    United States District Judge