UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,         21-cv-4791 (JGK)

  - against -                   ORDER

TREVON BROWN, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The Court received the attached correspondence, which it forwards to counsel for the parties.

SO ORDERED.

Dated:    New York, New York
           November 20, 2024

                                      John G. Koeltl
                                  United States District Judge

Michael E. Noble
9416 Canalino Drive
Summerlin, Nevada 89134
November 12, 2024


The Honorable John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007-1312

Re:   21-cv-4791 (JGK)

Dear Judge Koeltl:

I respectfully request the opportunity to appear and be heard in person at a hearing in this matter. Thank you very much.


    This the __15th__ day of November, 2024.

Michael E. Noble
9416 Canalino Drive
Summerlin, Nevada 89134

**CC:**
Richard G. Primoff
Senior Trial Counsel
Securities and Exchange Commission
New York Regional Office
100 Pearl Street, Ste. 20-100
New York, NY 10004-2616
(212) 336-0148



RECEIVED NOV 19 2024 CHAMBERS OF JOHN G. KOELTL U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,
                Plaintiff,

      - against -

TREVON BROWN, ET AL.,
                Defendants.

21-cv-4791 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties should advise by **November 21, 2024,** whether they seek a hearing in connection with the Securities and Exchange Commission's fully briefed motion for disgorgement and civil penalties.

    The Clerk is directed to mail a copy of this Order to pro se defendant Michael Noble and to note mailing on the docket.

SO ORDERED.
Dated:   New York, New York
           November 7, 2024

                                              John G. Koeltl
                                        United States District Judge