UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,
                   Plaintiff,        21-cv-4791 (JGK)

     - against -                     ORDER

TREVON BROWN, ET AL.,
                   Defendants.

---

**JOHN G. KOELTL, District Judge:**

    The Court received Defendant Michael E. Noble's letter requesting to appear in person and to adjourn the November 26, 2024 hearing to make travel arrangements. The Court grants the defendant's request to appear in person. The Court's deputy will be in touch with the parties to arrange a mutually convenient date. The conference is adjourned until further notice.

    The Court does not have the defendant's email address or phone number and the defendant has not consented to electronic service. Accordingly, the attorney for the SEC is directed to contact the defendant and provide him with this Order.

SO ORDERED.
Dated:    New York, New York
          November 26, 2024

                                           _____
                                             John G. Koeltl
                                          United States District Judge