UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>TREVON BROWN,<br>CRAIG GRANT,<br>JOSHUA JEPPESEN,<br>RYAN MAASEN, and<br>MICHAEL NOBLE,<br>　　　　　　　　Defendants,<br><br>　　　　-and-<br><br>LAURA MASCOLA,<br>　　　　　　　　Relief Defendant. | 21 Civ. 4791 (JGK) |

**DECLARATION OF RICHARD G. PRIMOFF
IN SUPPORT OF PLAINTIFF'S PROPOSED FINDINGS OF FACT AND
CONCLUSIONS OF LAW AS TO THE PLAINTIFF'S REQUEST FOR MONETARY
RELIEF AGAINST DEFENDANT CRAIG GRANT**

I, Richard G. Primoff, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member of the Bar of this Court and am counsel of record for Plaintiff Securities and Exchange Commission (the "Commission") in this action. I am familiar with the facts and circumstances in this action and make this declaration based on my personal knowledge and upon information and documents provided to me by members of the Commission staff. I submit this declaration in support of the Commission's Proposed Findings of Fact and Conclusions of Law as to the Commission's Request for Monetary Relief Against Defendant Craig Grant ("Grant").

2. Attached hereto as Exhibit 1 are true and correct copies of relevant excerpts of the transcript of the July 9, 2019 investigative testimony provided by Grant before the filing of the Complaint in this action.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 2, 2024
New York, New York

s/Richard G. Primoff
Richard G. Primoff