# PRIMOFF DECL. EXHIBIT 1

# NY-09794

# *Grant_Craig_20190709*

*7/9/2019 9:30 AM*

Condensed Transcript

Prepared by:

NY-09794

Thursday, March 17, 2022

Page 117

1  at it?
2  A   Well, the -- I sent the SEC all my
3  transactions from the BitConnect website that I had
4  downloaded and that contained all the information
5  about the transaction.  So I don't know.  I don't
6  remember if that information is in there, but if it
7  is, it would be just another address.  So it would
8  say, this BCC went from my address to this address.
9  That's what it would say, but I don't remember seeing
10  that.
11  Q   Was it your understanding based on your use
12  of the exchange that the system was automated?
13  A   Automated, yes.  Well, I mean there's --
14  that's the only way as far as --
15  Q   Did you have -- did you have any impression
16  or understanding, based on your own experience using
17  the exchange, that there were -- for example, there
18  was maybe a human being who was actually mechanically
19  matching orders?  Did you have that impression?
20  A   No.  No.  Because there were so many orders.
21  There was a lot of -- there was a lot of activity on
22  the exchange.  Plus you could trade BCC externally on
23  external exchanges.  So for there to be a human being,
24  let's say, managing or manipulating, it wouldn't make
25  any sense unless that was the only exchange where you

Page 118

1  could trade, but -- you know, because BCC was
2  available on external exchanges, you know, to prevent
3  arbitrage, those exchanges all -- all the exchanges
4  had to have a similar value.  So if you manipulation
5  going on here, then it wouldn't work because you have
6  external exchanges where further -- you know, where
7  users can manipulate or take advantage of any
8  manipulation on the BC -- BitConnect exchange.
9     So the fact there were more than -- there
10  was more than one exchange means that there's no
11  point in manipulating.  And there were a lot of --
12  and there were -- I would say that lot of -- there
13  was a lot of activity there so it wouldn't -- it
14  wouldn't make sense for someone to sit there and,
15  you know, mess around with the exchange.
16  Q   Did -- in terms of the other external
17  exchanges, you mentioned CoinExchange and Livecoin?
18  A   Yes.
19  Q   You also mentioned HitBTC, but with respect
20  to CoinExchange, how much -- do you have any
21  understanding of how much volume CoinExchange had in
22  BCC trading?
23  A   No.  But I know BCC -- the BitConnect
24  website had about 701 percent of the volume of all of
25  the --

Page 119

1  Q   What's the basis for your understanding?
2  A   Just from memory.
3  Q   Where did you get that information?
4  A   Because, you know, most of the users are
5  using the BitConnect exchange 'cause they're just
6  trying to get in and out of loans, right.  That's the
7  reason for the exchange.
8     You know, to use an external exchange,
9  would mean that you're trading.  Like, you're
10  trading to make money from trading the coin, but
11  with BitConnect, the real profit was doing the loans
12  or promoting the loans, so --
13  Q   Did you ever -- did you ever compare the
14  volume on the external exchanges in BCC with the
15  volume in BCC trading on the BitConnect platform
16  exchange?
17  A   Yes.  When you go to CoinMarketCap and you
18  go BitConnect, and you hit market, it would always
19  show you how much the BitConnect exchange volume was,
20  how much the -- all the exchanges would be sorted by
21  volume.  So I remember seeing that and that's where I
22  would get that 70 percent figure from.  It was
23  never -- it was never less than 50 percent.
24     There were times where the external --
25  when HitBTC -- for instance, when HitBTC came on,

Page 120

1  the BitConnect exchange volume dropped and a lot of
2  volume went to HitBTC because HitBTC is a very large
3  exchange.  And actually, BitConnect ask their top
4  promoters to use the external exchange and allow
5  smaller users to use the internal -- the BitConnect
6  exchange.  And for large trades --
7  Q   When did BitConnect communicate that to the
8  promoters?
9  A   This was later in December.  Around December
10  when, you know, promotors were selling a lot because
11  the market was starting to -- the market -- the
12  Bitcoin market was starting to look scary, you know.
13  So --
14  Q   What were the BitConnect promotors selling?
15  A   Selling BCC to get Bitcoin.
16  Q   And how had they gotten the BCC that they
17  were selling?
18  A   There was a development program whereas,
19  BitConnect paid out -- it was an extra incentive for
20  top promoters.  So they had a system that was
21  automated whereas, you earned -- for being a top
22  promoter, you earn extra -- extra BCC.  And when the
23  promoters started selling a lot of that to get Bitcoin
24  because, again, everything looked really scary, then
25  they ask the promoters to do that on the external

Page 121

1 exchange as to not -- you know, 'cause it was too much
2 for the BitConnect exchange.
3    Q    What did you mean by everything looked
4 really scary?
5    A    You know, Bitcoin was at 20K and it's, like,
6 you didn't know if it was going keep -- I don't know.
7 It became a point where I wanted to just get Bitcoin,
8 you know. BitConnect -- again, the space -- I don't
9 know. There was a big turn against BitConnect, you
10 know.
11         All right. For one thing, I was -- I lost
12 50 Bitcoins. So I got hacked and I wanted to get
13 that back. And then Trevon also claims that he got
14 hacked for a hundred Bitcoin and he started selling
15 to get back his hundred Bitcoin. Glen said, man,
16 I'm starting to sell. So it was just like a --
17 everyone was starting to sell and, you know,
18 BitConnect knew that; they weren't worried about
19 that. They just said that, you know, if you're
20 going to sell that much, do it on the external
21 exchange.
22    Q    How did BitConnect communicate that to the
23 promoters?
24    A    Glen came and told us that. He said to me
25 and Trevon, "Don't sell you development BCC on the

Page 122

1 internal exchange. Sell it on the external exchange
2 'cause it's too much for the internal exchange."
3    Q    When did he tell you that?
4    A    In December.
5    Q    Was that in person or in a electronic
6 communication?
7    A    In the chat.
8    Q    In a Facebook chat?
9    A    A WhatsApp chat.
10    Q    Did you produce that to the staff?
11    A    I didn't have that available.
12    Q    Okay. Thank you. No further questions.
13        MR. BAKER: Let's take a quick break.
14 Let's go off the record.
15        THE VIDEOGRAPHER: It's 12:09. This is the
16 end of media No. 1 and we're going off the
17 record.
18        (Thereupon, a brief recess was taken,
19 after which, the following was had.)
20        THE VIDEOGRAPHER: For identification
21 purposes, this is the start of media No. 2. It's
22 12:10. We're back on the record.
23
24        BY MR. BAKER:
25    Q    During the short break, they were no

Page 123

1 substantiative communications between the witness and
2 the staff, is that correct, Mr. Grant?
3    A    Right.
4        MS. CHANDRASEKHAR: Before you start asking
5 questions. I just came into the room, I just
6 wanted to introduce myself.
7        Mr. Grant, I'm Charu Chandrasekhar. I'm
8 also an attorney with the Division of
9 Enforcement?
10    A    Okay.
11        THE COURT REPORTER: Could you repeat the
12 name again, Counsel. Thank you.
13        MS. CHANDRASEKHAR: C-H-A-R-U, last name
14 Chandrasekhar, C-H-A-N-D-R-A-S-E-K-H-A-R.
15        THE COURT REPORTER: Thank you.
16        MS. CHANDRASEKHAR: Thanks.
17        BY MR. BAKER:
18    Q    So I want to switch gears a little bit,
19 Mr. Grant, to the referral program.
20        So can you just generally at a relatively
21 high level tell us what the referral program was.
22    A    Okay. So it started out, in the beginning
23 it was a pyramid that when I refer someone, lets say I
24 earn -- I don't remember. You know, I should reviewed
25 this before I came. But let's say it was 10 percent

Page 124

1 for the first person, then on the next level it would
2 be 2 percent, 3 percent and then it goes down, and I
3 think at the bottom it's .1 percent infinite. Now,
4 they came out with this and it was going great, but
5 then the cryptocurrency space didn't like it because
6 there were -- the detractors were saying, no. You
7 can't pay out that much. That's not sustainable. So
8 based on that feedback, BitConnect removed all levels
9 and only had three levels. So -- and you earn a
10 percentage of the loan that was put in and you get
11 paid based on US dollar value.
12        So if you put a hundred dollar loan, I
13 would earn $10 on the first level. If you refer
14 someone, you would her earn $10, I would earn $2 on
15 the second level. And on the third level, I'm
16 saying -- I'm not saying this is contactually how it
17 was, but it's something like that. Like, 1 percent.
18 So I'd earn a dollar, you know. So it's like a
19 pyramid thing.
20        And I've seen that before in the affiliate
21 marketing programs. Like, for instance, Organo Gold
22 that I promoted before. So I never looked at that
23 structure as a bad structure, you know, 'cause
24 again, I'm moving -- I'm coming -- I don't have --
25 I'm coming here from, you know, like I said, living

Page 129

```
 1  that became the new BCC School.
 2      Q   So BCC School -- what was the BCC School
 3  website?
 4      A   BCCschool.com, I think.  I'm not -- or --
 5  yeah, I think so.  Or BCC -- I don't remember.  But it
 6  was just a one page with all the question and
 7  explaining that you have to answer these questions and
 8  submit a video and that's it.  And of course you have
 9  to use my BCC School link.  Yeah.  But you didn't have
10  to buy anything.  So, yeah.  To open your BitConnect
11  account you have to use my link, but then I would send
12  you the BCC to that account.  Once you earned -- once
13  you provided the video, I would send you the BCC to
14  the account, you could do your first loan and on your
15  way from there.  And also you had to do a video
16  showing you doing your first loan using the exchange
17  and everything.
18      Q   Okay.  How many people ended up creating
19  video content for you?
20      A   For BCC School, you know, there's people
21  from all over the world, so I would figure about a
22  hundred.
23      Q   And for each of them you gave them a hundred
24  dollars loan for BitConnect?
25      A   Yeah.
```

Page 130

```
 1      Q   Okay.
 2      A   I also gave them -- I after they create it,
 3  I gave them a hundred dollar loan for BitConnect, then
 4  they had to create a video showing them doing the
 5  loan, then I sent them an additional hundred dollars
 6  in BCC for them to do whatever they want with it.
 7          So the extra -- the additional hundred
 8  dollars was the incentive for them to create the
 9  video.  Not everyone did the video.  Some would just
10  take the BCC and then probably just sell it for
11  Bitcoin, and others would create the loan video and
12  I send them an additional hundred.
13      Q   And you had mentioned BCC School was a way
14  to potentially get a raise from Mr. Arcaro?
15      A   Yeah.
16      Q   Okay.  And when you were talking about a
17  raise, you were talking about more development fund?
18      A   Yes.
19      Q   What was the percentage at the time versus
20  the percentage that you ultimately wanted to get?
21      A   Well, at the time I started with .1 percent
22  out of 15 percent total that he had to distribute.
23  And so, you know, any amount above that would be fine.
24  You know, I think I was moved to .3 percent, then, you
25  know -- it was gradually raised till I ended up with 1
```

Page 131

```
 1  point-something at some point towards the end.
 2      Q   That -- is that one -- is that percentage
 3  based of everybody in your downline?
 4      A   Yes.
 5      Q   Or is it in Mr. Arcaro's downline?
 6      A   On my downline.
 7      Q   Okay.  Just specifically your downline.
 8      A   But at first it wasn't explained to me that
 9  way.  It was explained that it was under -- everything
10  under him and there was a reason for that.  But I
11  eventually came to learn that it was for everyone
12  under me.
13      Q   And it didn't matter first level, second
14  level.  It was just the same percentage for anybody in
15  your downline?
16      A   Right.  Right.  And the thing about the
17  development fund is, whereas BitConnect ended the
18  infinite levels for, you know -- because the community
19  said no, that's too much.  In the development program,
20  they -- it was still infinite, you know, 'cause, of
21  course, promotors is not going to complain about that,
22  so they kept the infinite for the development program.
23      Q   Okay.  And the development fund percentage
24  was based off of any loans in your downline?
25      A   Yes.  Yes.
```

Page 132

```
 1      Q   Okay.  So going back to the referral
 2  program.  We talked about YouTube, we talked about the
 3  Facebook group, we talked about BCC School, did you
 4  provide your referral link to anybody else or in any
 5  other platform?
 6      A   No.
 7      Q   How about on Instagram?
 8      A   On Instagram you can't put links, so I just
 9  linked to my YouTube channel.
10      Q   Okay.
11      A   Yeah.
12      Q   So they would -- they would follow that link
13  YouTube and then --
14      A   Yeah.  If they went to my main Instagram
15  page it would link to my YouTube channel.  So if they
16  went to my YouTube channel, then I had videos there
17  about BitConnect.
18      Q   How about on Twitter?
19      A   Didn't use Twitter.
20      Q   Okay.  And then how about Telegram?
21      A   No, I wasn't.  During the time of
22  BitConnect, I didn't.  Well, yeah, I did use Telegram
23  for a bit, but that was just for Glen.  He asked me to
24  do that.
25      Q   Do you know how many people ultimately ended
```

Page 133

1  up using your link to sign up for BitConnect?
2    A   Yeah.  In my BitConnect account it said I
3  had 1,800.  You know, 'cause I remember my goal being
4  2000, so I had 1,800 in any account.
5    Q   And is that just first level or just
6  everybody in your downline?
7    A   Everybody in the downline.  First level was
8  a lot less.
9    Q   Do you know how much in total people made in
10 loans in your downline?
11   A   No.  I don't know.  I don't know.
12   Q   Do you know how much you made in referral
13 commissions?
14   A   In the -- there was a separate number for
15 the development program than there was -- so for my
16 regular, let's see.  I had maybe -- oh, man.  I don't
17 want to get this wrong.  Maybe $300,000 in referral
18 commission from -- that's without the development
19 program and then the development program was maybe
20 600; double that.
21   Q   Okay.  So development fund was twice as big
22 as the referral --
23   A   Yes.
24   Q   -- program?
25   A   Yes.

Page 134

1        MS. LICARDO:  Excuse me, Mike.  It's Gwen in
2  New York.  I have a question for Mr. Grant.
3        BY MS. LICARDO:
4    Q   Regarding the 1,800 people that were in your
5  downline approximately --
6    A   Yes.
7    Q   Did -- you have an understanding of where
8  they were located?
9    A   No.  Didn't know where they were located and
10 didn't even know who they were.  Like, I knew Trevon.
11 Well, at first Trevon was one of them, but then no
12 more.  Glen was also one of my referrals, but then he
13 got moved and Trevon also got moved, and I remember
14 looking at my referrals and I didn't know any of them.
15 Yeah.  I didn't know any of them.  'Cause again, a lot
16 of my referrals came from in the beginning when I
17 started out with BitConnect and, you know, these are
18 cryptocurrency users.  They like to be anonymous, so,
19 you know, I didn't -- I don't think -- it wasn't set
20 up for you to know anything about your referrals,
21 other than you could click on them to see how much
22 loan they put in on each one, but that was it -- that
23 was about it.
24   Q   Thank you.
25       BY MR. BAKER:

Page 135

1    Q   Was -- do you know the name
2  Nicholas Trovato?
3        THE COURT REPORTER:  Could you repeat that,
4  Counsel.  I'm sorry.
5        MR. BAKER:  Nicholas Trovato.
6    A   Yeah.  Crypto Nick, yes.
7        BY MR. BAKER:
8    Q   Was he in your downline?
9    A   Yes.  He -- I did know him.
10   Q   Do you know anybody else?  Can you recall
11 anybody else in your downline?
12   A   Well, not in my direct downline.  But
13 Carlos, the famous meme, he was under someone who I
14 referred.
15   Q   Okay.
16   A   Yeah.
17   Q   Okay.
18       BY MS. LICARDO:
19   Q   Excuse me.  This is Gwen again in New York.
20 I have another question again about Mr. Trovato.
21       Did you give Mr. Trovato any money for him
22 to begin promoting BitConnect?
23   A   I gave him one hundred dollars worth of BCC
24 tokens.
25   Q   When did you give him those BCC tokens?

Page 136

1    A   I think around May.  May and -- but he
2  didn't start promoting it right away.  He waited about
3  a month and then he started promoting it.
4    Q   What were the circumstances under which you
5  gave him a hundred dollars worth of BCC tokens?
6    A   I went to his -- I was -- we watched each
7  other on YouTube so, you know, he would promote
8  Genesis Mining and other programs, so I posted a
9  comments on one of his videos saying, hey, if you want
10 to try BitConnect, I'll pay for your first loan.  You
11 know, just sign up and give me your address and I'll
12 send you a hundred dollars worth of BCC.  So he did
13 it, I sent him a hundred dollar worth of BCC.  And
14 again, he didn't start promoting it right way.  It was
15 about two -- three weeks later or so he started
16 promoting it.
17   Q   And did he remain on your downline the
18 entire time?
19   A   Yes.
20   Q   Was that a condition associated with you
21 giving him the hundred dollars worth of BCC tokens?
22   A   No.  No.  And he was approached to be moved
23 from under me, but he said no.  And I never
24 communicated with him ever about any of that either.
25 Like, we don't communicate.  He doesn't communicate

Page 281

1  you've participated in before.
2      Have you ever been contacted by the FTC in
3  connection with any affiliated marketing programs that
4  you participated in?
5   A   No.
6   Q   Okay. Have you ever been sued in connection
7  with any affiliate marketing programs that you
8  participated in?
9   A   No.
10      And, you know, the BitConnect is the
11 first one that I'm personally attached to as far as my
12 name Craig Grant.
13      Everything else before was a
14 corporation or entity, so it was never attached to me
15 personally up until BitConnect was attached to me.
16  Q   Okay.
17  A   So, yeah.
18  Q   So when you say attached to you, have you --
19 has your company been sued before?
20  A   Right. It would be a corporation and -- no.
21 The company was never sued.
22  Q   Okay. But you just -- you were in the
23 affiliate marketing program through a company?
24  A   Yeah.
25  Q   Okay.

Page 282

1   A   Exactly.
2   Q   Got it. Okay.
3       BY MS. YUHAS:
4   Q   Was it a company that you created?
5   A   Yes.
6   Q   Okay.
7   A   Yes. Like a corporation that I was a board
8  member and I would receive a paycheck from the
9  corporation.
10      But, you know, there was never anything
11 shady or anything underhanded. Everything was always
12 pretty up -- runned pretty well.
13  Q   Okay.
14      BY MR. BAKER:
15  Q   So for people in your downline, did you ever
16 handle there BitConnect tokens?
17  A   People in my downline handle their tokens?
18  Q   Did you ever have custody of their
19 BitConnect tokens?
20  A   No.
21  Q   Did you ever have custody of their Bitcoin?
22  A   No.
23  Q   Okay. All right. So you had mentioned --
24 we talked about this a while back, but I just want to
25 make sure I have it down.

Page 283

1       So you mentioned making about 300,000 from
2  the referral program?
3   A   Yeah.
4   Q   Okay. And about 600,000, double that from
5  development funds?
6   A   Right.
7   Q   Okay. How much did you make from the
8  lending program?
9   A   Maybe 200,000. Yeah.
10  Q   Okay.
11      How about from staking?
12  A   I never put a -- can't put a US dollar value
13 on that 'cause I never had it presented to me as US
14 dollar value, whereas the BitConnect stuff, there was
15 always some kind of US dollar value being presented to
16 me, so staking, it's hard to say. I staked, but I
17 don't know how much the US dollar value of that is.
18  Q   Okay. How much -- do you know how much in
19 Bitcoin?
20  A   No. 'Cause -- let's just say I staked about
21 a thousand tokens during the time that I'm staking.
22 So a thousand BCC tokens, whatever that's valued at,
23 you know. I wouldn't -- it's hard to put a value on
24 that.
25  Q   And how much did you lose when the lending

Page 284

1  program ended in January of 2018?
2   A   Well I had 700,000 in loans, so there's
3  that.
4       For that I received 1,500 tokens and I
5  proceeded to continue buying tokens, and now I have
6  7,000 tokens.
7       So I would think -- I think I used
8  about 20 Bitcoin to buy those tokens 'cause I bought
9  them not at the same price. You know, there was
10 some -- as it went down. So, you know, that's a lot
11 of loss.
12      I mean -- you know, that's 700,000 in
13 capital releases that I would have gotten back
14 eventually plus the 20 Bitcoin, so -- you know, and
15 it's a loss because I have BCC now that I can't do
16 anything with at -- presently.
17  Q   Okay. What's your current address, your
18 physical address?
19  A   The address that I use -- I actually don't
20 have an address right now because my last address was
21 here at the East and the place that we leased for one
22 year, the lease ended the end of last month and we
23 didn't have anywhere to go, so a friend gave us a
24 place to stay, so that's where we're at right now.
25  Q   Okay.

Page 285

1    Q    You're at a friend's house?
2    A    Yeah.
3    Q    Okay. Do you currently have any crypto
4  tokens?
5    A    Yeah. I have BCC tokens and I have about
6  1.1 Bitcoin.
7    Q    Is that on an exchange?
8    A    No.
9    Q    Is it cold wallet?
10   A    Yes.
11   Q    Okay. All right.
12        MR. BAKER: Ms. Yuhas, do you have anything
13 further?
14        MS. YUHAS: No, I don't.
15        MR. BAKER: Does anybody in New York have
16 any follow up questions?
17
18        BY MS. LICARDO:
19   Q    Mr. Grant, if you can -- if you can go back
20 through your records and identify for us the phone
21 number that you used --
22   A    Okay.
23   Q    -- for the WhatsApp and then send that to
24 Mike, that would be helpful.
25   A    Yes.

Page 286

1    Q    Thank you.
2        BY MR. BAKER:
3    Q    Great. So, Mr. Grant, do you wish to
4  clarify anything or add anything to the statements you
5  have mode today?
6    A    No.
7    Q    Okay. With that, Mr. Grant, we have no
8  further questions at this time. Thank you for taking
9  the time to speak with us.
10   A    Okay.
11   Q    Let's go off the record.
12        THE VIDEOGRAPHER: It's 4:45. This
13 concludes the deposition and we're going off the
14 record.
15        (Whereupon, at 4:45 p.m., the examination
16 was concluded.)
17              * * * * *
18
19
20
21
22
23
24
25

Page 287

1        PROOFREADER'S CERTIFICATE
2
3  In the Matter of:  BITCONNECT
4  Witness:      Craig Grant
5  File No:      NY-09794-A
6  Date:         Tuesday, July 9, 2019
7  Location:     Miami, Florida
8
9     This is to certify that I, Christine Boyce,
10 (the undersigned) do hereby certify that the foregoing
11 transcript is a complete, true and accurate transcription
12 of all matters contained on the recorded proceedings of
13 the investigative testimony.
14
15
16 _____    _____
17 (Proofreader's Name)         (Date)

Page 288

1           C E R T I F I C A T E
2  STATE OF FLORIDA
3  COUNTY OF PALM BEACH
4
5     I, Caretha Wisdom, Professional Court Reporter
6  and Notary Public in and for the State of Florida at
7  Large, do hereby certify that I was authorized to and
8  did report said hearing in stenotype; and that the
9  foregoing pages are a true and correct transcription of
10 my shorthand notes of said hearing.
11
12     I further certify that said Hearing was taken
13 at the time and place hereinabove set forth and that the
14 taking of said hearing was commenced and completed as
15 hereinabove set out.
16     I further certify that I am not an attorney
17 or counsel of any of the parties, nor am I a relative
18 or employee of any attorney or counsel of any party
19 connected with the action, nor am I financially
20 interested in the action.
21     Dated this 18th day of July, 2019.
22 _____
23     Caretha Wisdom,
24     Professional Court Reporter
25