UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSSION,

               Plaintiff,

-v-

TREVON BROWN, et al.,

               Defendants.

CIVIL ACTION NO.: 21 Civ. 4791 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic conference held today, December 9, 2024, a follow up conference is scheduled for **Tuesday, January 7, 2025 at 12:00 p.m.** on the Court's Microsoft Teams platform (the "Conference"). The parties are directed to call: (646) 453-4442; access code: 461-835-967#, at the scheduled time. At the Conference, the parties shall be prepared to discuss their availability for a Settlement Conference, as well as their preferred format for the Settlement Conference.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant Trevon Brown at 1599 Parish Way, Myrtle Beach, SC 29577.

Dated:     New York, New York
           December 9, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**