```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SECURITIES AND EXCHANGE COMMISSION,
                     Plaintiff,         21-cv-4791 (JGK)

         - against -                ORDER

TREVON BROWN, ET AL.,
                     Defendants.

**JOHN G. KOELTL, District Judge:**

    The Court does not have telephone or email contact information for the defendant Michael Noble and therefore the Court's deputy cannot contact the parties for scheduling purposes. Accordingly, the oral argument is adjourned to **January 14, 2025**, at **11:00 a.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

    The defendant is directed to provide an email address and phone number to the Court.

    The Clerk is directed to mail a copy of this Order to the pro se defendant Michael Noble at 9416 Canalino Drive, Summerlin, Nevada 89134, and to note such mailing on the docket.

SO ORDERED.
Dated:    New York, New York
           December 16, 2024

                                         John G. Koeltl
                               United States District Judge