UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSSION,

                        Plaintiff,

-v-

                        CIVIL ACTION NO.: 21 Civ. 4791 (JGK) (SLC)

TREVON BROWN, et al.,

                        **ORDER**

                      Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On January 2, 2025, Attorney Shireen Barday filed a Notice of Limited Appearance on behalf of Defendant Trevon Brown ("Mr. Brown"). (ECF No. 133). The Court thanks Ms. Barday for agreeing to represent Mr. Brown for purposes of settlement and reminds the parties that a telephone conference is scheduled for **Tuesday, January 7, 2025 at 12:00 p.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; access code: 461-835-967#, at the scheduled time. The parties shall be prepared to discuss their availability for a settlement conference, as well as their preferred format for the settlement conference.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Brown at 1599 Parish Way, Myrtle Beach, SC 29577.

Dated:     New York, New York
              January 3, 2025

                                      SO ORDERED.

                                      _____
                                      **SARAH L. CAVE**
                                      **United States Magistrate Judge**