**PALLAS**

Shireen Barday
(212) 970-2302
shireen.barday@pallasllp.com

Pallas Partners (US) LLP
75 Rockefeller Plaza
New York, New York 10019

March 5, 2025

**VIA ECF**

Honorable Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> The Court is in receipt of Defendant Trevon Brown's Letter-Motion requesting adjournment of the settlement conference scheduled for April 21, 2025 (the "Settlement Conference"). (ECF No. 141 (the "Letter-Motion")). The Letter-Motion is GRANTED, and the Settlement Conference is ADJOURNED SINE DIE. By **Thursday, June 19, 2025**, the parties shall submit a joint letter proposing at least three new dates for the Settlement Conference.
>
> The Clerk of Court is respectfully directed to close ECF No. 141.
>
> SO ORDERED.    3/6/2025    *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

Re: Civil Action No. 21 Civ. 4791 (JGK) (SLC)

Dear Judge Cave,

I represent Mr. Trevon Brown in the above-captioned proceeding and write with the consent of all parties to request an adjournment of the settlement conference currently scheduled for April 21, 2025, at 2:00pm.

As discussed during the conference held before the Court on January 7, 2025, and in Mr. Brown's January 23, 2025 letter to the Court, ECF No. 138 ("January 23 Letter"), it is Mr. Brown's position that a portion of the proceeds that the Securities and Exchange Commission ("SEC") allege that Mr. Brown obtained through unlicensed broker-dealer activities, equal to 83.85 Bitcoin, was stolen from Mr. Brown in 2017.

On February 5, 2025, Mr. Brown submitted to the Department of Justice a restitution claim for his stolen Bitcoin, a portion of which he believes was recovered in *United States v. Anthony Tyler Nashatka*, Case No. 21-CR-00145. In response, Mr. Brown was informed by the Department of Justice that it will be re-opening the forfeiture proceedings in the *Nashatka* case. As a result, the restitution hearing in that case, which was originally scheduled for March 27, 2025, has been adjourned to June 12, 2025, in the Northern District of California.[1] Mr. Brown intends to submit a forfeiture and/or restitution claim as part of those proceedings.

As previously explained in the January 23 Letter, if Mr. Brown can recover any portion of the Bitcoin that was stolen from him, it will have a material impact on his financial condition and,

---

[1] Mr. Brown, with consent of the SEC, previously requested an adjournment of the settlement conference until after the March 27, 2025 hearing. *See* January 23 Letter.

75 Rockefeller Plaza, New York, NY 10019
T: +1 (212) 970 2300
W: pallasllp.com

Pallas Partners™ (US) LLP ("Pallas New York") is a Delaware limited liability partnership registered in New York and located at 75 Rockefeller Plaza, New York, NY 10019. Attorneys practicing law with Pallas New York are admitted to practice in New York and their professional conduct is regulated by the New York Rules of Professional Conduct. The use of the term "partner" denotes a member of the LLP or an employee or consultant with equivalent standing and qualifications.