| | |
|---|---|
| Shireen Barday | Pallas Partners (US) LLP |
| Tel: (212) 970-2302 | 75 Rockefeller Plaza |
| shireen.barday@pallasllp.com | New York, New York 10019 |

June 12, 2025

**VIA ECF**
Honorable Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        **Re: Civil Action No. 21 Civ. 4791 (JGK) (SLC)**

Dear Judge Cave,

        I represent Mr. Trevon Brown in the above-captioned proceeding and write consistent with the so-ordered letter-motion entered by the Court on March 6, 2025, pursuant to which Your Honor requested that the parties submit a joint letter proposing at least three new dates for a settlement conference by June 19, 2025.  *See* ECF No. 141.

        By way of a brief update, as discussed previously, it is Mr. Brown's position that a portion of the proceeds that the SEC alleges Mr. Brown obtained through unlicensed broker-dealer activities (83.85 Bitcoin) was stolen from Mr. Brown in 2017, and a portion of that has been recovered by the Government in connection with a criminal action pending in the Northern District of California (the "*Nashatka* Matter").  Presently, Mr. Brown is engaged in settlement negotiations with the Government in connection with the forfeiture proceedings in the *Nashatka* Matter and the Government estimates that the settlement process will take approximately another four months.

        Accordingly, the parties propose the following dates for a possible settlement conference before Your Honor: October 28, 29, or 30, 2025.  Alternatively, the parties are also available on November 12 or 13, 2025, but due to scheduling issues, if Your Honor prefers to hold the settlement conference on one of the November dates, we ask that pre-conference submissions be due no later than October 30th.  We thank Your Honor for your time and consideration.

        Respectfully submitted,

        */s/ Shireen Barday*
        **Shireen Barday**
        Partner

        For and on behalf of Pallas Partners (US) LLP

Cc: all counsel of record via ECF.

75 Rockefeller Plaza, New York, NY 10019
T: +1 (212) 970 2300
W: pallasllp.com

Pallas Partners™ (US) LLP ("Pallas New York") is a Delaware limited liability partnership registered in New York and located at 75 Rockefeller Plaza, New York, NY 10019. Attorneys practicing law with Pallas New York are admitted to practice in New York and their professional conduct is regulated by the New York Rules of Professional Conduct. The use of the term "partner" denotes a member of the LLP or an employee or consultant with equivalent standing and qualifications.