

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

October 14, 2025

> The parties' request at Dkt. No. 145 is GRANTED and the settlement conference in this matter is ADJOURNED sine die. Within ten (10) business days of the end of the lapse in appropriations, the parties shall submit a joint letter proposing new dates for the settlement conference.
>
> The Clerk of the Court is respectfully directed to close Dkt. No. 145.
>
> SO ORDERED   10/14/25
>
> SARAH L. CAVE
> United States Magistrate Judge

<u>VIA ECF</u>

The Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *SEC v. Brown, et al.,* 21 Civ. 4791 (JGK) (SLC)

Dear Judge Cave:

    Pursuant to paragraph 9 of the Court's standing order regarding settlement conferences, Plaintiff Securities and Exchange Commission ("SEC"), jointly with Defendant Trevon Brown ("Brown"), respectfully request that the Court adjourn *sine die* the settlement conference currently scheduled for October 29, 2025, submissions to the Court for which are currently due on October 23, 2025, pursuant to the Court's June 13 scheduling order (Dkt. No. 144).

    Due to a lapse in federal government appropriations, on October 1, 2025, most of the SEC personnel were furloughed (with limited exceptions) and have been prohibited from working. SEC counsel assigned to this matter are furloughed and thus have been unavailable to work on it, including with respect to engaging in settlement discussions. Employees are not permitted to work on a voluntary basis when furloughed. *See* 31 U.S.C. § 1342.

    In addition, the SEC understands from Brown's counsel that approval for the settlement of Brown's forfeiture claim in *United States v. Anthony Tyler Nashatka*, Case No. 21-CR-00145, may also be delayed due to the present lapse in federal appropriations. Brown is seeking a material recovery in that proceeding, and his counsel has advised that its resolution will likely have an impact on Brown's financial condition and the productivity of any settlement discussions with the SEC.

    Accordingly, it is appropriate for the Court to adjourn *sine die* the October 29, 2025 settlement conference until the lapse in appropriations ends. The parties further respectfully request that they be permitted, within ten (10) business days after the lapse in appropriations ends, to propose new dates to the Court for the settlement conference.

The Hon. Sarah L. Cave
October 14, 2025
Page 2

                                          Respectfully submitted,

                                          <u>/s/ Richard G. Primoff</u>
                                          Richard G. Primoff
                                          Senior Trial Counsel

cc: Counsel for Defendant Trevon Brown (ECF)