Shireen Barday
(212) 970-2302
shireen.barday@pallasllp.com

Pallas Partners (US) LLP
75 Rockefeller Plaza
New York, New York 10019

November 20, 2025

**VIA ECF**

Honorable Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: Civil Action No. 21 Civ. 4791 (JGK) (SLC)**

Dear Judge Cave,

    Pursuant to the Court's October 14, 2025 Order (Dkt. No. 145), Defendant Trevon Brown, jointly with Plaintiff Securities and Exchange Commission ("SEC"), writes to propose new dates for the settlement conference currently adjourned *sine die* in light of the recent end to the lapse in appropriations.

    The parties are available to participate in a settlement conference any day during the week of January 26, 2026, provided that Mr. Brown's forfeiture claim in *United States v. Anthony Tyler Nashatka*, Case No. 21-CR-00145, has been resolved by this time. Mr. Brown is seeking a substantial recovery in that proceeding, and its resolution will likely have a material impact on Brown's financial condition and the productivity of any settlement discussions with the SEC. While Mr. Brown is currently engaged in settlement discussions regarding his forfeiture claim and expects to recover on such claim, the timeline for such recovery remains uncertain.

    In the event that the status of Mr. Brown's claim in the *Nashatka* matter remains pending as of January 12, 2026, the parties propose to provide the Court an update as of that date regarding the status of the *Nashatka* proceedings and propose new dates for the settlement conference based on when Mr. Brown expects his forfeiture claim to be resolved.

    Thank you for your consideration.

Respectfully submitted,

*/s/ Shireen Barday*

**Shireen Barday**
Partner

75 Rockefeller Plaza, New York, NY 10019
T: +1 (212) 970 2300
W: pallasllp.com

Pallas Partners™ (US) LLP ("Pallas New York") is a Delaware limited liability partnership registered in New York and located at 75 Rockefeller Plaza, New York, NY 10019. Attorneys practicing law with Pallas New York are admitted to practice in New York and their professional conduct is regulated by the New York Rules of Professional Conduct. The use of the term "partner" denotes a member of the LLP or an employee or consultant with equivalent standing and qualifications.

For and on behalf of Pallas Partners (US) LLP

Cc: all counsel of record via ECF.