UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff,*<br><br>-against-<br><br>TREVON BROWN, ET AL.,<br><br>*Defendants.* | Civil Action No. 21 Civ. 4791 (JGK) (SLC)<br><br>**MOTION TO WITHDRAW AS *PRO BONO* COUNSEL TO DEFENDANT TREVON BROWN** |

**PLEASE TAKE NOTICE** pursuant to Local Rule 1.4, it is hereby requested that the limited scope appearance of Shireen Barday as *pro bono* counsel for defendant Trevon Brown in this matter be withdrawn. Mr. Brown will continue to be represented by appearing *pro bono* counsel from Pallas Partners (US) LLP. Good cause exists to grant this motion for at least the following reasons:

1. Per the attached press release, Ms. Barday is being appointed by the United States Court of Appeals for the Second Circuit to serve as a United States Bankruptcy Judge for the Southern District of New York. In connection with this appointment, Ms. Barday's last day at Pallas Partners (US) LLP will be January 31, 2026. *See* Exhibit A.

2. Mr. Brown has been informed of Ms. Barday's appointment and on December 30, 2025, confirmed via email that he consents to Ms. Barday's withdrawal as his *pro bono* counsel of record in this matter.

3. Richard Primoff of the United States Securities & Exchange Commission was informed of this appointment on December 11, 2025, and confirmed via email on December 30, 2025, that he does not object to Ms. Barday's withdrawal as counsel in this matter.

4. Mr. Brown will continue to be represented in this matter by Pallas Partners (US) LLP, including partner Jill L. Forster and associate Adair Kleinpeter-Ross.

5. Ms. Barday is not asserting a retaining or charging lien.

6. Ms. Barday's withdrawal will not result in prejudice to any party or undue delay.

WHEREFORE, for the reasons set forth therein, Ms. Barday respectfully requests that the Court grant this motion and order that Ms. Barday is withdrawn as *pro bono* counsel of record for Mr. Brown. A proposed form of order is attached hereto as Exhibit B.

Dated: December 30, 2025
      New York, New York

Respectfully submitted,

PALLAS PARTNERS (US) LLP

*/s/ Shireen A. Barday*
Shireen A. Barday
75 Rockefeller Plaza
New York, NY 10019
Telephone: (212) 970-2300
Shireen.Barday@pallasllp.com

*Counsel for Defendant Trevon Brown*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of December, 2025, the foregoing Motion to Withdraw as *Pro Bono* Counsel to Trevon Brown and Proposed Order was served on all counsel of record via ECF.

/s/ *Shireen A. Barday*
Shireen A. Barday