**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff,*

-against-

TREVON BROWN, ET AL.,

*Defendants.*

Civil Action No. 21 Civ. 4791
(JGK) (SLC)

---

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS *PRO BONO*
COUNSEL FOR DEFENDANT TREVON BROWN**

Upon the Motion to Withdraw as *Pro Bono* Counsel for Defendant Trevon Brown filed by

Shireen A. Barday of Pallas Partners (US) LLP and for good cause shown, it is hereby

ORDERED that Ms. Barday's motion is GRANTED.

Dated: This __2nd__ day of __January__ 2026
      New York, New York

_____
HON. SARAH L. CAVE