# PALLAS

Jill L. Forster
(212) 970-2306
jill.forster@pallasllp.com

Pallas Partners (US) LLP
75 Rockefeller Plaza
New York, New York 10019

January 12, 2026

**VIA ECF**

Honorable Sarah L. Cave
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> The Court is in receipt of Defendant's request to adjourn the settlement conference scheduled for January 27, 2026 at Dkt. No. 153. The request is GRANTED IN PART and the settlement conference is RESCHEDULED to **Thursday, March 26, 2026 at 10:00 a.m. ET** by videoconference on the Court's WebEx platform. The parties are directed to the Court's settlement conference procedures outlined in Dkt. No. 148.
>
> The Clerk of the Court is respectfully directed to close Dkt. No. 153.
>
> SO ORDERED   1/13/26
> SARAH L. CAVE
> United States Magistrate Judge

**Re: Civil Action No. 21 Civ. 4791 (JGK) (SLC)**

Dear Judge Cave,

I represent Defendant Trevon Brown in the above-captioned proceeding and write pursuant to the joint letter filed on November 20, 2025 to provide the Court an update on the status of Mr. Brown's forfeiture claim in *United States v. Anthony Tyler Nashatka*, Case No. 21-CR-00145 ("*Nashatka*") and to request an adjournment *sine die* of the settlement conference currently scheduled for January 27, 2026.

As explained in previous letters to Your Honor, the resolution of Mr. Brown's forfeiture claim in *Nashatka* will impact Mr. Brown's financial condition and the productivity of any settlement discussions with the SEC. On January 8, 2026, the court entered an order in *Nashatka* approving a settlement agreement and ordering the return of Mr. Brown's stolen Bitcoin. To obtain this Bitcoin, Mr. Brown must coordinate with the seizing agency, the FBI, which could take more than 45 days. Given that Bitcoin is a highly volatile cryptocurrency, settlement discussions will be more constructive once Mr. Brown has received this Bitcoin from the FBI and both parties can determine its value in U.S. dollars.

Accordingly, and with the consent of the Securities and Exchange Commission, Mr. Brown respectfully requests that the settlement conference be adjourned *sine die* until such time as Mr. Brown has recovered his stolen property from the FBI. Within five (5) business days of the return of his Bitcoin, Mr. Brown will write to the Court to provide the parties' availability for the settlement conference. In the alternative, Mr. Brown requests the January 27, 2026 settlement conference be adjourned until March 10, 2026.

Thank you for your consideration.

75 Rockefeller Plaza, New York, NY 10019
T: +1 (212) 970 2300
W: pallasllp.com

Pallas Partners™ (US) LLP ("Pallas New York") is a Delaware limited liability partnership registered in New York and located at 75 Rockefeller Plaza, New York, NY 10019. Attorneys practicing law with Pallas New York are admitted to practice in New York and their professional conduct is regulated by the New York Rules of Professional Conduct. The use of the term "partner" denotes a member of the LLP or an employee or consultant with equivalent standing and qualifications.

Respectfully submitted,

*/s/ Jill L. Forster*

**Jill L. Forster**
Partner
For and on behalf of Pallas Partners (US) LLP

Cc: all counsel of record via ECF.

PALLAS

2