UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

- against -

TREVON BROWN, ET AL.,

Defendants.

21-cv-4791 (JGK)

Order

**John G. Koeltl, District Judge:**

On July 15, 2026, the Court issued a Memorandum Opinion and Order granting the plaintiff's motion for monetary relief as to defendant Michael Noble. See ECF No. 163. The Court also directed the Clerk to enter judgment consistent with the Memorandum Opinion and Order. See id. The Court certifies that the Clerk should enter judgment promptly pursuant to Federal Rule of Civil Procedure 54(b) because there is no just reason to delay entry of final judgment as to defendant Noble.

**SO ORDERED.**

**Dated:** New York, New York
July 16, 2026

John G. Koeltl
United States District Judge