**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-against-

21 **CIVIL** 4791 (JGK)

**RULE 54(b) JUDGMENT**

TREVON BROWN, ET AL.,

Defendants.
---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 15, 2026 and Order dated July 16, 2026, the SEC's motion for monetary relief against Noble is granted. Noble is ordered to pay disgorgement in the amount of $731,281, prejudgment interest in the amount of $293,703.36, and a civil penalty in the amount of $50,000; pursuant to Fed. R. Civ. P. 54(b), there is no just reason to delay judgment is hereby entered as to defendant Noble.

**Dated:** New York, New York

July 17, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**