UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

September 2, 2026

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *SEC v. Brown, et al.*, 21 Civ. 4791 (JGK)**

Dear Judge Koeltl:

The Securities and Exchange Commission ("SEC") respectfully requests that the Court enter the attached Proposed Final Judgment against Defendant Michael E. Noble ("Noble") in substitution to the Rule 54(b) Judgment entered by the Clerk on July 17, 2026 (Dkt. # 165).

The SEC's Proposed Final Judgment incorporates both the injunctive relief contained in the Partial Judgment on consent, entered by the Court on August 12, 2021 (Dkt. #32), and the monetary relief ordered by the Court against Noble in its July 15, 2026 Memorandum Opinion and Order (Dkt. # 163). The inclusion of all relief in a single final judgment (as opposed to two judgments entered five years apart) will be less confusing for the parties as well as the public. The SEC's Proposed Final Judgment also includes several paragraphs regarding how Noble should pay the monetary relief and how the SEC can collect on the judgment if Noble does not timely pay. The SEC's Proposed Final Judgment also includes provisions regarding a potential distribution of monies paid by Noble to the harmed BitConnect investors and makes clear that Noble cannot receive a distribution. Finally, the SEC's Proposed Final Judgment includes Noble's full name, which does not appear in the judgment entered by the Clerk.

For all of these reasons, the SEC respectfully requests that the Court enter the attached Proposed Final Judgment and withdraw the Clerk's Rule 54(b) Judgment.

Respectfully submitted,

/s/ Todd D. Brody
Todd D. Brody
Senior Trial Counsel

cc: Defendant Michael Noble (via email)