**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**SECURITIES AND EXCHANGE COMMISSION,**

**Plaintiff,**

**- against -**

**TREVON BROWN, ET AL.,**

**Defendants.**

---

**21-cv-4791 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The defendant Michael Noble should respond to the SEC's Proposed Final Judgment (ECF No. 170) by **September 27, 2026.** The SEC may reply by **October 4, 2026**. The Court will email a copy of this Order to Mr. Noble at mknb22@gmail.com.

**SO ORDERED.**

**Dated:** **New York, New York**
**September 3, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**