UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

- against -

TREVON BROWN, ET AL.,

Defendants.

21-cv-4791 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The Court has received the attached letter dated September 30, 2026 from the defendant Michael Noble. The time for defendant Michael Noble to respond to the proposed final judgment by the Securities and Exchange Commission (the "SEC") (ECF No. 170) is extended to **October 23, 2026.** The time for the SEC to reply is **October 30, 2026.**

No final judgment as to Michael Noble has yet been entered. Therefore, the Clerk should reopen the case.

The SEC should provide Noble with its proposed judgment and the supporting papers.

The Court will email a copy of this Order to Mr. Noble at mknb22@gmail.com.

**SO ORDERED.**

**Dated:** New York, New York
October 12, 2026

John G. Koeltl
United States District Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Securities and Exchange Commission v. Brown et al.**
**Case No. 21-cv-4791 (JGK)**

**REQUEST FOR EXTENSION OF TIME**
**TO RESPOND TO ECF NO. 170**

September 30, 2026

Dear Judge Koeltl:

I am Michael Noble, a defendant in this case, and I am representing myself.

Tonight I found the email containing your September 3 order in my email account's Trash folder. I have email permissions set, but I do not know why the message went to Trash. I had not seen the order before tonight and missed the September 27, 2026 deadline to respond to the SEC's Proposed Final Judgment.

I respectfully ask the Court to excuse the missed deadline under Federal Rule of Civil Procedure 6(b)(1)(B) and give me until October 14, 2026 to respond.

I cannot locate or open the proposed judgment, ECF No. 170. Tonight I emailed SEC attorney Richard Primoff asking for an accessible PDF and the related papers and orders. I also asked whether the SEC would consent to the extension. His response is pending.

I have not previously requested an extension of this response deadline.

I am taking action as soon as I discovered the order. If the Court has not already ruled, I respectfully ask for an opportunity to review the proposed judgment and respond before a decision is made. I also ask that the SEC's October 4 reply deadline be adjusted as the Court considers appropriate.

Thank you for considering my request.

Respectfully,

Signature: Michael Noble
Michael Noble
Mailing address: 1446 Melodic Lark Dr
Summerlin NV 89138
Telephone: 4242340954
Email: MKNB22@gmail.com