UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

- against -

TREVON BROWN, ET AL.,

Defendants.

21-cv-4791 (JGK)

Order

**John G. Koeltl, District Judge:**

In its Order dated October 12, 2026, the Court directed the SEC to provide defendant Noble with a copy of its proposed judgment and the supporting papers. ECF No. 177. The SEC should confirm on the docket by **November 19, 2026** that it has sent those documents to Noble. The time for Noble to respond to the proposed final judgment is extended to **December 1, 2026.** The SEC may respond by **December 7, 2026.**

**SO ORDERED.**

Dated: New York, New York
November 16, 2026

John G. Koeltl
United States District Judge