**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SECURITIES AND EXCHANGE COMMISSION,**

**Plaintiff,**

**- against -**

**BROWN, ET AL,**

**Defendants.**

**21-cv-4791 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

Given the SEC's representation in its November 13, 2026 letter, the Court will enter the proposed final judgment as to the defendant Michael E. Noble. ECF No. 170.

The Clerk is respectfully requested to email a copy of the Judgment to Mr. Noble and note the email on the docket.

**SO ORDERED.**

**Dated:** **New York, New York**
**November 18, 2026**

**John G. Koeltl**
**United States District Judge**